AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| | ) Case No.  20-mj- |
| GEORGE LLOYD OGLESBEE | ) |
| ███████████ | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 26 and 27, 2020  in the county of _____ in the
_____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | 18 U.S.C. § 2423(b) (Travel With Intent To Engage in Illicit Sexual Conduct) |
| 18 U.S.C. § 1952(a)(3) | 18 U.S.C. § 1952(a)(3) (Interstate Travel in Aid of Racketeering) |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Complaint

☐ Continued on the attached sheet.

*Bryan M. Mancuso*
*Complainant's signature*

Bryan Mancuso, Detective, MPDC
*Printed name and title*

Attested before me telephonically in accordance with Rules 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure

Date: 07/28/2020

_____
*Judge's signature*

City and state:  Washington, D.C.    Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*