AO 442 (Rev. 11/11) Arrest Warrant

1150232

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

GEORGE LLOYD OGLESBEE
~~DOB ~~

*Defendant*

)
) Case: 1:20-mj-00143
) Assigned To : Robinson, Deborah A.
) Assign. Date : 7/28/2020
) Description: Complaint w/ Arrest Warrant
)
)

U.S. MARSHAL-DC PM1:01
RECEIVED JUL 29 '20

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GEORGE LLOYD OGLESBEE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(b) (Travel With Intent To Engage in Illicit Sexual Conduct); and
18 U.S.C. § 1952(a)(3) (Interstate Travel in Aid of Racketeering)

Date: 7-29-20

**Deborah A. Robinson**
Digitally signed by Deborah A. Robinson
Date: 2020.07.29 10:45:39 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.        Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7-29-20 , and the person was arrested on *(date)* 7-28-20 at *(city and state)* Washington DC . |
| Date: 7-29-20                                   *(signature)* |
|                                                 *Arresting officer's signature* |
|                                                 COREY WILLIAMS |
|                                                 *Printed name and title* |