**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 18, 2022**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 20-MJ-143** |
| | : | |
| **GEORGE OGLESBEE,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2423(b)** |
| **Defendant.** | : | **(Travel with Intent to Engage in Illicit** |
| | : | **Sexual Conduct)** |
| | : | |
| | : | **FORFEITURE ALLEGATION:** |
| | : | **18 U.S.C. § 2428 and 21 U.S.C. § 853(p)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 27, 2020, within the District of Columbia and elsewhere, the defendant,

**GEROGE OGLESBEE,** did travel in interstate commerce with a motivating purpose of engaging

in any illicit sexual conduct with another person.

(**Travel with Intent to Engage in Illicit Sexual Conduct,** in violation of Title 18,
United States Code, Section 2423(b))

### FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Count One, the defendant, **GEORGE**

**OGLESBEE,** shall forfeit to the United States any and all matters which contain visual depictions

of minors engaged in sexually explicit conduct in violation of the charged offenses; any property

constituting or derived from any proceeds the defendant obtained directly or indirectly as a result

of the said violations; and any and all property used or intended to be used in any manner or part

to commit and to promote the commission of the aforementioned violations.

2.      If any of the property described above as being subject to forfeiture, as a result

of any act or omission of the defendant:

          a.      cannot be located upon the exercise of due diligence;

          b.      has been transferred or sold to, or deposited with, a third party;

          c.      has been placed beyond the jurisdiction of the Court;

          d.      has been substantially diminished in value; or

          e.      has been commingled with other property that cannot be

                  divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above.

    (**Criminal Forfeiture**, pursuant to 18, United States Code, Section 2428 and Title 21,
    United States Code, Section 853(p))

                              A TRUE BILL:

*Matthew M. Graves by AEL*          FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

2