UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal Action No. 22-177 (RBW)<br>GEORGE OGLESBEE, )<br>)<br>Defendant. )<br>) | |

FILED

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**ORDER**

In accordance with the oral rulings issued at the arraignment and status hearing on June 3, 2022, it is hereby

**ORDERED** that the parties shall appear for a status hearing on September 1, 2022, at 11:30 a.m.  The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that, with the consent of the parties, the time from June 3, 2022, until the status hearing scheduled for September 1, 2022, is excluded under the Speedy Trial Act, based on the defendant's request for additional time to engage in plea discussions with the government.

**SO ORDERED** this 6th day of June, 2022.

_____
REGGIE B. WALTON
United States District Judge