# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-177 (RBW) |
| GEORGE OGLESBEE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Modify Conditions of Release for Limited Local Travel, ECF No. 103, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Modify Conditions of Release for Limited Local Travel, ECF No. 103, is **GRANTED**. It is further

**ORDERED** that the defendant's conditions of release shall be **MODIFIED** to allow him, at the discretion of the Pretrial Services Agency, to visit his sister-in-law at the George Washington Nursing Home at 1510 Collinwood Road, Alexandria, Virginia, 22308.

**SO ORDERED** this 31st day of May, 2023.

_____
REGGIE B. WALTON
United States District Judge