UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 22-cr-177 (RBW) |
| GEORGE LLOYD OGLESBEE, | : |
| Defendant. | : |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

George Oglesbee, through counsel, respectfully requests that his status hearing, currently scheduled for June 7, 2023 be continued to a date in July. In support of this Motion, counsel states the following facts:

1. Mr. Oglesbee is currently before the Court charged by indictment with Travel with Intent to Engage in Sexual Contact.

2. The parties expect that Mr. Oglesee and the government will enter into a disposition short of trial.

3. Mr. Oglesbee has been dealing with a number of medical issues.  In March, he attended a doctor visit for complaints of localized headaches and sensations of electric shock running through his body.  His doctor ordered a visit with Dr. Mandipati, a neurologist at Medstar Hospital in Waldorf, MD.  The neurologist, in turn ordered an MRI of his brain.

4. In addition, Mr. Oglesbee had an EKG ordered and had a follow up visit scheduled for May 31, 2023.

5. At the follow up visit, the neurologist ordered additional testing, specifically three MRI's with contrast.  Those MRIs are scheduled for June 20, 2023 and a follow up appointment

to review the results is scheduled for June 28, 2023.  *See* Motion for Leave to File Under Seal and Attached Exhibits.

6. Mr. Oglesbee thus requests that his status hearing be moved until July to allow him time to address his medical issues.

7. The government does not oppose this motion.

8. Defense counsel and counsel for the government are available all day on July 10, 2023 or the afternoon of July 12, 2023.

9. Mr. Oglesbee does not oppose exclusion of time under the Speedy Trial Act until the next status hearing date.

## Conclusion

For the foregoing reasons and any others that may appear to this Court, Mr. Oglesbee respectfully requests that this Honorable Court continue the status hearing to July 2023.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
DIANE SHREWSBURY
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :  **Criminal No. 22-cr-177 (RBW)** |
| | : |
| **GEORGE OGLESBEE** | : |

# ORDER

Upon consideration of the Unopposed Motion to Continue Status Hearing, it is hereby ORDERED that the status hearing date of June 7, 2023 is vacated and that the hearing take place at _____; it is further ORDERED that time under the Speedy Trial Act is excluded until that date.

Date:_____   _____
THE HONORABLE REGINALD WALTON
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA