UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)<br>GEORGE OGLESBEE,                       )<br>)<br>            Defendant.           )<br>                                 ) | Criminal Action No. 22-177 (RBW) |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Modify Conditions of Release for Limited Local Travel, ECF No. 105, and the defendant's Unopposed Motion to Continue Status Hearing, ECF No. 106, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Modify Conditions of Release for Limited Local Travel, ECF No. 105, is **GRANTED**. It is further

**ORDERED** that the defendant's conditions of release shall be **MODIFIED** to allow him, at the discretion of the Pretrial Services Agency, to visit his mother, wherever she is located. It is further

**ORDERED** that the defendant's Unopposed Motion to Continue Status Hearing, ECF No. 106, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for June 7, 2023, is **CONTINUED** to July 6, 2023, at 2:00 p.m.[1] The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

---

[1] The Court is unavailable during the dates proposed by the defendant in his Unopposed Motion to Continue Status Hearing, ECF No. 106.

**ORDERED** that, with the defendant's consent, the time from June 7, 2023, until the status hearing scheduled for July 6, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to address his medical issues, and to allow the parties additional time to continue plea negotiations in an effort to resolve this case short of a trial.

**SO ORDERED** this 5th day of June, 2023.

_____
REGGIE B. WALTON
United States District Judge