# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-177 (RBW) |
| GEORGE OGLESBEE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Status Hearing, ECF No. 112, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Continue Status Hearing, ECF No. 112, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for July 26, 2023, is **VACATED**. It is further

**ORDERED** that, on August 31, 2023, at 11:00 a.m., the parties shall appear before the Court for guilty plea hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, with the defendant's consent, the time from July 26, 2023, until the guilty plea hearing scheduled for August 31, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to address his medical issues, and to allow the parties additional time to finalize plea negotiations.

**SO ORDERED** this 24th day of July, 2023.

_____
REGGIE B. WALTON
United States District Judge