UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 22-CR-177** |
| | : | |
| v. | : | |
| | : | |
| **GEORGE OGLESBEE,** | : | |
| **Defendant.** | : | |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, George Oglesbee, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. 2423(b).

### Statement of Facts

1. On July 26, 2020, an online undercover employee (OCE) with the Child Exploitation and Human Trafficking Task Force in the District of Columbia was operating in an undercover capacity on a social media application under the OCE's undercover screen name.

2. The defendant, using the screen name "Bill B," initiated a text conversation with the OCE. During the text exchange, the defendant asked the OCE how much 'sex for an hour' would cost. The OCE told the defendant that she was 14 years old, and the defendant asked the OCE whether she had ever had sex with anyone older. The defendant told the OCE that he would bring condoms and stated that he would meet the OCE the following day at the OCE's home in Washington, D.C., to have sex.

3. The defendant continued chatting with the OCE on the social media application. Late into the night on July 26, 2020, the conversation moved over to the Kik messaging platform, where the defendant used the screen name "Pete O." On Kik, the defendant discussed the OCE's age and payment for the performance of the sexual acts. The defendant stated that over time the OCE can make more and more money for performing sex acts, noting that it could get "up to 150."

4. On July 27, 2020, the defendant traveled from Virginia to the designated meeting place in Washington, D.C. to meet with the OCE for the purposes of having sex with her. Upon arrival, he was placed under arrest.

Respectfully,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY


\_\_/s/ Caroline Burrell_____
Caroline Burrell
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, George Oglesbee, have read this Statement of the Offense and have discussed it with my attorney, Eugene Ohm. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2-15-23                             _____
                                          George Oglesbee
                                          Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/15/23                             _____
                                          Eugene Ohm, Esquire
                                          Attorney for Defendant