## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CRIMINAL NO. 22-cr-177 (RBW) |
| **GEORGE LLOYD OGLESBEE,** | : |
| Defendant. | : |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

George Oglesbee, through counsel, respectfully requests that his sentencing hearing, currently scheduled for December 15, 2023 be continued to a date in March 2024. In support of this Motion, counsel states the following facts:

1. Mr. Oglesbee is currently before the Court having pleaded guilty to one count of Travel with Intent to Engage in Sexual Contact.

2. After his Presentence Investigation interview, U.S. Probation informed counsel of a need for a psychosexual evaluation. The defense has retained an expert for that purpose. However, because of consequences from the uncertainties of the fiscal year, the expert will not be able to provide a report until early February. U.S. Probation has indicated that it would like some additional time after receiving the report. The parties are therefore requesting a hearing date in early March.

3. The government does not oppose this motion.

### Conclusion

For the foregoing reasons and any others that may appear to this Court, Mr. Oglesbee respectfully requests that this Honorable Court continue the sentencing hearing to March 2024.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
DIANE SHREWSBURY
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500