UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :   **Criminal No. 22-cr-177 (RBW)** |
| | : |
| **GEORGE OGLESBEE** | : |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing Hearing, it is hereby ORDERED that the status hearing date of December 15, 2023 is vacated and that the hearing take place on _____; it is further ORDERED that materials in support of sentencing be submitted to the Court ___ days before that date.

Date:_____                   _____
                                         THE HONORABLE REGINALD WALTON
                                         UNITED STATES DISTRICT COURT FOR THE
                                         DISTRICT OF COLUMBIA