# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-177 (RBW) |
| GEORGE OGLESBEE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing, ECF No. 123, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Continue Sentencing Hearing, ECF No. 123, is **GRANTED**.  It is further

**ORDERED** that the sentencing hearing currently scheduled for December 15, 2023, is **CONTINUED** to March 21, 2024, at 2:00 p.m.  The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that, on or before March 18, 2024, the parties shall file their sentencing memoranda.

**SO ORDERED** this 22nd day of November, 2023.

REGGIE B. WALTON
United States District Judge