# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-177 (RBW) |
| GEORGE OGLESBEE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court requiring additional information before ruling on the Probation Office's Request for Presentence Study, ECF No. 126, it is hereby

**ORDERED** that, on or before March 13, 2024, the defendant shall file a notice indicating whether he objects to the Probation Office's request for a psychosexual evaluation.

**SO ORDERED** this 11th day of March, 2024.

REGGIE B. WALTON
United States District Judge