# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **NO. 22-cr-177 (RBW)** |
| **GEORGE LLOYD OGLESBEE,** | : | |
| **Defendant.** | : | |

## NOTICE

George Oglesbee, through counsel, submits this notice to inform the Court that Mr.

Oglesbee has no objection to the Probation Office's request for a psychosexual evaluation.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
DIANE SHREWSBURY
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500