```
```
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) )<br>v. ) ) )<br>GEORGE OGLESBEE, ) ) )<br>Defendant. ) ) | Criminal Action No. 22-177 (RBW) |

### ORDER

In light of the parties' representations to the Court, and for good cause shown, it is hereby

**ORDERED** that, on October 23, 2024, at 2:00 p.m., the parties shall appear before the Court for a sentencing hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before October 18, 2024, the parties shall file their sentencing memoranda.

**SO ORDERED** this 11th day of September, 2024.

REGGIE B. WALTON
United States District Judge